# ALABAMA COURT OF CRIMINAL APPEALS



January 10, 2025

**CR-2023-0693**

Cavoseaa Diswan Stinson v. State of Alabama (Appeal from Coffee District Court:
DC-22-900180, DC-22-900181, and DC-21-900338)

## <u>NOTICE</u>

You are hereby notified that on January 10, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk